# Exhibit 2

| Claim 1 | Evidence |
|---|---|
| 1. **A method for identifying an object, the method comprising:** | A far-fetch visual search application identifies objects by using a mobile camera. A user can identify any object, e.g., a hat, shirt, skirt, or boot, by pointing the mobile phone's camera towards the object.  Source: [Link] |



Source: [Link]



Source: [Link]

| | |
|---|---|
| **(a)** providing a pointing and identification device for pointing at the object, the pointing and identification device comprising: | The Far fetch visual search application provides a pointing and identification device for pointing at objects. The pointing and identification device includes a phone camera, and a dot pointer. |



Source: [Link]



Source: [Link]



Source: [Link]

| | |
|---|---|
| at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | The Far-Fetch application allows the user to point at an object. The user tapping on the items is an actuation means for object identification. The pointing and identification device includes a phone camera and a dot pointer.<br><br>**In-app shopping**<br>Farfetch's new tool enables shoppers to upload images to identify similar products available to purchase.<br><br>Users can take their own images or upload images they have saved from Instagram, Pinterest or other sources as inspiration. Once an image is analyzed, shoppers can tap the items and find similar options from Farfetch.<br><br>Source: [Link] |



Source: [Link]



Source: [Link]



Source: [Link]

| | |
|---|---|
| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; and | Farfetch visual search allows the user to point at an object using a mobile camera that forms a digital image of the object. Tapping on the display screen is a medium of actuation.<br><br><br><br>Source: [Link] |



Source: [Link]

**In-app shopping**

Farfetch's new tool enables shoppers to upload images to identify similar products available to purchase.

Users can take their own images or upload images they have saved from Instagram, Pinterest or other sources as inspiration. Once an image is analyzed, shoppers can tap the items and find similar options from Farfetch.

Source: [Link]



Source: [Link]



Source: [Link]

| | |
|---|---|
| a communication device for communicating the digital image to a different location when the user actuates the at least one actuation means; | The Far-fetch visual search app installed on the mobile phone device can search for similar images across the world's largest retailers and marketplaces when the user taps on the item displayed on the display screen.<br><br>**Farfetch** launches a visual search app, allowing users to search for images they found on Instagram or Pinterest. Luxury Daily<br><br>Source: [Link] |

Visual search is becoming an increasingly attractive discovery option for retailers. Instagram has become, by an overwhelming majority, the primary way in which many customers interact with brands. A 2018 report from L2 found that 97 percent of luxury brands' social media interactions come through Instagram. But that content is not always shoppable. With visual search, customers can find something they like on Instagram, search it through Farfetch's mobile app, and see not only the original product (if available in the marketplace), but also others like it, so they can compare prices and styles.

Source: [Link]

Syte provides visual search for some of the world's largest retailers and marketplaces including Argos, Tommy Hilfiger, Marks & Spencer, Bonprix, PrettyLittleThing and many more. It is renowned for the high accuracy of its search results, speed, and ease of implementation, making it the leader in the field.

Source: [Link]



Far fetch Application

Source: [Link]

**In-app shopping**

Farfetch's new tool enables shoppers to upload images to identify similar products available to purchase.

Users can take their own images or upload images they have saved from Instagram, Pinterest or other sources as inspiration. Once an image is analyzed, shoppers can tap the items and find similar options from Farfetch.

Source: [Link]



Source: [Link]

| | |
|---|---|
| **(b)** communicating the digital image to the different location; | Farfetch visual search app finds similar images or products across the world's largest retailers and marketplaces, including Argos, Tommy Hilfiger, Marks & Spencer, Bonprox, Pretty Little Thing, and many more.<br><br>Visual search is becoming an increasingly attractive discovery option for retailers. Instagram has become, by an overwhelming majority, the primary way in which many customers interact with brands. A 2018 report from L2 found that 97 percent of luxury brands' social media interactions come through Instagram. But that content is not always shoppable. With visual search, customers can find something they like on Instagram, search it through Farfetch's mobile app, and see not only the original product (if available in the marketplace), but also others like it, so they can compare prices and styles.<br><br>Source: [Link]<br><br><br>Syte provides visual search for some of the world's largest retailers and marketplaces including Argos, Tommy Hilfiger, Marks & Spencer, Bonprix, PrettyLittleThing and many more. It is renowned for the high accuracy of its search results, speed, and ease of implementation, making it the leader in the field.<br><br>Source: [Link] |

| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The Farfetch Visual Search application identifies visually similar products from their images at the world's largest retailers and market places to return a list of likely pointed-to objects. |
|---|---|
| | Screenshots from social media, images of styles seen on the street or inspiration from friends and social influencers can be used to find the most visually similar products from the Farfetch website. |
| | Source: [Link] |
| | Speaking about the partnership with Farfetch, Syte co-founder Lihi Pinto Fryman commented: "We share a very similar vision. It is amazing to work with a company that understands that customer experience- and the technology that enables amazing customer experience- needs to be a retailer's number one priority in order to differentiate and survive." |
| | Ofer Fryman, Syte co-founder and CEO added: "We have seen a direct correlation between accuracy and user satisfaction. If a user uploads their first image and finds exactly what they are looking for along with a selection of other similar items, they are immediately aware of the value and become loyal users of visual search. Technology like this has the potential to improve experience exponentially." |
| | Source:[Link] |

Visual search is becoming an increasingly attractive discovery option for retailers. Instagram has become, by an overwhelming majority, the primary way in which many customers interact with brands. A 2018 report from L2 found that 97 percent of luxury brands' social media interactions come through Instagram. But that content is not always shoppable. With visual search, customers can find something they like on Instagram, search it through Farfetch's mobile app, and see not only the original product (if available in the marketplace), but also others like it, so they can compare prices and styles.

Source: [Link]

Syte provides visual search for some of the world's largest retailers and marketplaces including Argos, Tommy Hilfiger, Marks & Spencer, Bonprix, PrettyLittleThing and many more. It is renowned for the high accuracy of its search results, speed, and ease of implementation, making it the leader in the field.

Source: [Link]



Source: [Link]

| (d) returning the list of likely pointed-to objects to the user to select one | The far-fetch Visual Search returns the list of likely pointed-to objects to the user, e.g., a list of similar boots, allowing them to select one of the likely pointed-to objects, e.g., a visually similar |

| of the likely pointed-to objects; | boot. |
|---|---|



Source: [Link]

Ofer Fryman, Syte's Co-founder and CEO explained that accuracy was key while building Syte's visual search technology. "We have seen a direct correlation between accuracy and user satisfaction. If a user uploads their first image and finds exactly what they are looking for along with a selection of other similar items, they are immediately aware of the value and become loyal users of visual search. Technology like this has the potential to improve experience exponentially."

Source: [Link]

wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.

The far-fetch visual search app identifies the objects within the space. The object in the space is a hat. The far-fetch visual search application identifies a particular object from multiple objects in the displayed image. The multiple objects on the display screen are shirts, skirts, and boots. The far-fetch visual search identifies a particular object, i.e., a hat, from multiple objects in the displayed image on the display.



Source: [Link]



Source: [Link]